JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IZAZ KHAN,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>THAI AIRLINE INTL, et al.,<br><br>　　　　Defendants. | CASE NO. CV 12-02232-MMM(PLAx)<br><br>ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE<br><br>(Pursuant to Local Rule 41) |

　　　　On <u>August 1, 2012</u> the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution.

　　　　A written response to the Order to Show Cause was ordered to be filed no later than _

No response having been filed to the Court's Order to Show Cause,

　　　　IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

Dated: August 15, 2012

　　　　　　　　　　　　　　　　　　　　*Margaret M. Morrow*
　　　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE